United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>HOLY NAMES UNIVERSITY, et al.,<br><br>            Defendants. | Case No. 21-cv-03014-JST<br><br>**ORDER TO SHOW CAUSE RE: SERVICE** |

This case was filed on April 26, 2021. The operative Second Amended Complaint was filed on January 24, 2022. As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on Defendants Governor Gavin Newsom, California Department of Education, Tony Thurmond, or California Department of Health and Human Services ("State Defendants").

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

437 days have now passed since the filing of the Second Amended Complaint. Plaintiff is therefore ordered to show cause why the State Defendants should not be dismissed for failure to serve. A written response to this order is due by April 20, 2023. The Court will conduct a hearing on the order to show cause on May 2, 2023 at 2:00 p.m.

If Plaintiff's written response to the order to show cause is accompanied by satisfactory

1  evidence that the summons and complaint have been served on the State Defendants, the order to
2  show cause will be withdrawn and the May 2, 2023 hearing will be converted to a case
3  management conference.

4  **IT IS SO ORDERED.**

5  Dated:  April 6, 2023



JON S. TIGAR
United States District Judge